UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0113

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| CHARLES WALKER | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 21 U.S.C. § 841 |
| | ) Possession with Intent to |
| | ) Distribute a Controlled |
| | ) Substance (Marihuana and |
| | ) Cocaine) |

FILED
U.S. DISTRICT COURT
2021 JUN -9 P 1:29
CLERK
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 30, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**CHARLES WALKER,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger, Model P94, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 30, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**CHARLES WALKER,**

did knowingly possess a firearm, to wit, a Ruger, Model P94, .40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*Possession with Intent to Distribute a
Controlled Substance (Cocaine and Marihuana)*
21 U.S.C. § 841(a)(1)

On or about October 30, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**CHARLES WALKER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit, a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and marihuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, the defendant, **CHARLES WALKER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Ruger, Model P94, .40 caliber pistol, S/N 341-39675.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division