GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA )
v. )
Charles Walker )
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:    4:21CR00113-1

USM Number:    52045-509

Katie A. Brewington
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | July 31, 2024 |

***See page 2 for Additional Violations.***

　　　　The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated  the  condition(s),_____ , and is discharged as to such violation(s).

　　　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  7192

September 23, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1967

Signature of Judge

City and State of Defendant's Residence:

Garden City, Georgia

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

September 29, 2025
Date

DEFENDANT:    Charles Walker
CASE NUMBER:    4:21CR00113-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|:---:|:---|:---:|
| 2 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | November 2, 2024 |
| 3 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | February 26, 2025 |
| 4 | You failed to participate in a substance abuse treatment program and follow the rules and regulations of that program (special condition). | June 12, 2025 |
| 5 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | June 6, 2025 |
| 6 | You failed to complete 40 hours of community service within the first 12 months of supervision (special condition). | August 4, 2024 |
| 7 | You committed another federal, state, or local crime (mandatory condition). | July 24, 2025 |

DEFENDANT:        Charles Walker
CASE NUMBER:    4:21CR00113-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months plus 1 day.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
        Designation to a Bureau of Prisons facility with substance abuse treatment services is recommended.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
                  UNITED STATES MARSHAL

By _____
                  DEPUTY UNITED STATES MARSHAL